[Docket No. 16]

```
          IN THE UNITED STATE DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

|                        |   |                              |
|------------------------|---|------------------------------|
| RICHARD MAY,           | : |                              |
|                        | : |                              |
|            Plaintiff,  | : |                              |
|                        | : | Civil No. 09-3253 (RMB/AMD)  |
|       v.               | : |                              |
|                        | : | **ORDER**                    |
| ANTHONY CHIRICHELLO    | : |                              |
| et al.,                | : |                              |
|                        | : |                              |
|            Defendants. | : |                              |

THIS MATTER coming before the Court upon a motion to dismiss for failure to state an actionable claim and for lack of subject-matter jurisdiction, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), by defendant Anthony Chirichello ("Defendant Chirichello"); and

THE PLAINTIFF Richard May ("Plaintiff") having opposed the motion; and

THE COURT having reviewed the moving papers and the opposition thereto; and

FOR THE REASONS set forth in the accompanying Opinion;

IT IS on this, the **13th** day of **November 2009**, hereby

**ORDERED** that the motion to dismiss shall be **GRANTED-IN-PART** and **DENIED-IN-PART**: Claims brought pursuant to 42 U.S.C. § 1983 shall be dismissed <u>without prejudice</u>, but the Court shall retain

jurisdiction over all state-law claims.

                                                                    <u>s/Renée Marie Bumb</u>
                                                                    RENÉE MARIE BUMB
                                                                    UNITED STATES DISTRICT JUDGE