[Dkt. Ent. 46]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

### CAMDEN VICINAGE

| | |
|---|---|
| RICHARD MAY,<br><br>    Plaintiff,<br><br>        v.<br><br>RONALD SANNA, JR., and<br>TOWNSHIP OF LUMBERTON,<br><br>    Defendants. | Civil Action No.<br>09-3253 (RMB/AMD)<br><br>**ORDER** |

THIS MATTER coming before the Court upon a motion for summary judgment by Defendants; and

THE COURT having considered the moving papers, as well as those submitted in opposition and reply, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this **29th** day of **March 2012**, hereby

**ORDERED** that Defendants' motion for summary judgment shall be **granted** as to Count I, with respect to Plaintiff's First, Fifth, Sixth, and Eighth Amendment claims, Count II, and Count III; and it is further

**ORDERED** that Defendants' motion for summary judgment shall

1

be **denied** as to Count I, with respect to Plaintiff's Fourth Amendment claims for excessive force and false arrest; and it is further

    **ORDERED** that Defendants' motion to dismiss Plaintiff's request for punitive damages is **denied** with respect to Counts I and IV and **granted** with respect to Count III; and it is further

    **ORDERED** that Plaintiff **shall** notify the Court on or before **April 19, 2012,** as to whether or not he wishes to pursue punitive damages against the Defendants for violations under Count IV, and to the extent he does seek to pursue such relief, he **shall** file supplemental briefing setting forth the propriety of this on the same date; Defendants may file an opposition on or before **May 3, 2012**; and it is finally

    **ORDERED** that Defendants' motion to bar Plaintiff's expert report is **dismissed without prejudice.**

s/Renée Marie Bumb  
RENÉE MARIE BUMB  
UNITED STATES DISTRICT JUDGE